JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DAVID ANTHONY DEAN,    ) Case No. EDCV 20-2024-VAP (JPR)
                            )
          Petitioner,  )
                            )    **J U D G M E N T**
          v.            )
                            )
CHAD BIANCO, Sheriff,     )
Riverside County,         )
                            )
          Respondent.  )
                            )

     Pursuant to the Order Summarily Dismissing Habeas Petition,
IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: January 4, 2021      _Virginia a. Phillips_
                               VIRGINIA A. PHILLIPS
                               U.S. DISTRICT JUDGE